FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:19-CR-00007-SMJ-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S EXPEDITED MOTION TO MODIFY RELEASE CONDITIONS |
| v. | |
| RONALD STEPHEN MCCULLOUGH, | **MOTIONS GRANTED** |
| Defendant. | **(ECF No. 90, 91)** |

Before the Court is Defendant's Unopposed Expedited Motion for Modification of Pretrial Release Conditions, **ECF No. 90**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to extend his 7:00 p.m. curfew to 9:00 p.m. on Monday, Tuesday and Thursday to allow him time to attend outpatient treatment.

The Court finding good cause, **IT IS ORDERED** Defendant's Motions, **ECF Nos. 90 and 91**, are **GRANTED**. Defendant's curfew is extended to 9:00 p.m. on Monday, Tuesday and Thursday.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect, **ECF No. 71**.

**IT IS SO ORDERED.**

DATED August 15, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1