UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD STEPHEN MCCULLOUGH,<br><br>Defendant. | No. 2:19-CR-00007-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 106)** |

Before the Court is Defendant's Unopposed Motion for Modification of Pretrial Release Conditions, **ECF No. 106**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to move from his present residence to another address in this district to avoid certain individuals at the present address jeopardizing his sobriety.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 106**, is **GRANTED**. Defendant is permitted to change his residence as requested.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 17, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1