UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD STEPHEN MCCULLOUGH,<br><br>Defendant. | No. 2:19-CR-00007-SMJ-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION DENIED**<br>  **(ECF No. 124)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 124**. Specifically, Defendant requests permission to reside with his wife and children. Defendant advises that the United States opposes this request.

The Court has reviewed the Pretrial Services Report at **ECF No. 9** and the Supplemental Pretrial Services Report at **ECF No. 34**. The records and files herein indicate that Defendant is out of custody pending sentencing on June 9, 2020.

Defendant is not married but does have a "significant other" who is the mother of his children. There is a history of domestic violence between Defendant and his significant other. The Court also considers that in the current COVID-19 pandemic, Pretrial Services is less able to conduct home visits or otherwise supervise defendants. Defendant's Motion, **ECF No. 124,** is therefore **DENIED**.

**IT IS SO ORDERED.**

DATED March 31, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1